JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SAM RACHIMI,

        Plaintiff,

    vs.

SENTINEL INSURANCE COMPANY LTD., et al.,

        Defendants.

No. 2:25-cv-07690-JAK (PDx)

**ORDER RE STIPULATION FOR DISMISSAL (DKT. 44)**

**JS-6: CASE CLOSED**

Based on a review of the Joint Stipulation for Dismissal (the "Stipulation" (Dkt. 44)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows. This action is dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

April 8, 2026
Date

John A. Kronstadt
United States District Judge